# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2230

_____

United States of America,       *
                                  *

               Appellee,      *

                                  *   Appeal from the United States

       v.                   *   District Court for the

                                  *   District of Nebraska.

Sebastian Burgos-Martinez,    *

                                  *   [UNPUBLISHED]

             Appellant.    *

_____

Submitted: March 3, 2006
Filed: March 15, 2006

_____

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Sebastian Burgos-Martinez pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of a methamphetamine mixture, in violation of 21 U.S.C. § 846, and the district court[1] imposed the statutory minimum sentence of 120 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Counsel's <u>Anders</u>-brief arguments – that the district court should have granted Burgos-Martinez safety-valve relief, and that the resulting sentence of 120 months imprisonment was unreasonable under 18 U.S.C. § 3553(a) – are unavailing. It is undisputed that Burgos-Martinez was unwilling to provide an interview to the government about the offense and thus did not qualify for safety-valve relief, <u>see</u> 18 U.S.C. § 3553(f) (safety-valve relief requirements); and the district court imposed the lowest sentence possible for the offense, <u>see</u> 21 U.S.C. § 841(b)(1)(A)(viii).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____